

**FILED**

FEB 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE BICKLEY
   LAUREL LOOMIS RIMON
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:11-CR-0084 GEB

| UNITED STATES OF AMERICA, | ) CR. NO. |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
|  | ) (UNDER SEAL) |
| GREGORY J. CHMIELEWSKI, | ) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Laurel Loomis Rimon to Seal Indictment, Arrest Warrant, this Order, and Sealing Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: February 17, 2011

KENDALL J. NEWMAN
United States Magistrate Judge