SEALED



FILED
FEB 17 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>         Plaintiff,           )<br>   v.                         )<br>                              )<br>SEALED,                       )<br>                              )<br>         Defendant.           )<br>_____) | CR. NO.<br>2:11-CR-0084 GEB |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of any defendant in this case or until further order of the Court.

DATED: February 17ᵗʰ, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge