BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY J. CHMIELEWSKI,<br><br>  Defendant, | CASE NO.  2:11-CR-0084 GEB<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

   IT IS HEREBY STIPULATED AND AGREED among the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendant is charged with engaging in a fraudulent workers compensation insurance scheme.

   The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver's license numbers, bank account numbers, dates of birth, addresses, telephone numbers, email addresses, and financial and health records.  The Protective Order signed in this case extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

   By signing this Stipulation, defense counsel agrees that the Protected Information is being entrusted to counsel only for the purposes of representing his respective defendant in this criminal case.  Further, defense counsel agrees not to share any documents that contain Protected Information with anyone other than his designated defense investigators, experts, and support

1  staff.  Defense counsel may permit the defendant to review the Protected Information and be
2  aware of its contents, but defendant shall not be given control of the Protected Information or be
3  provided any copies of the Protected Information which has not been redacted.  Any person
4  receiving Protected Information or a copy of the Protected Information from counsel for the
5  defendant shall be bound by the same obligations as counsel and further may not give the
6  Protected Information to anyone (except that the protected documents shall be returned to
7  counsel).

8      Notwithstanding the foregoing, after the trial date has been confirmed in this case, counsel,
9  staff and/or the investigator for the defendant may make copies of the Protected Information for
10 trial preparation and presentation.  Any copies must, however, remain in the possession of
11 counsel, investigator, staff, expert or the Court.

12     In the event that the defendant substitutes counsel, undersigned defense counsel agrees to
13 withhold these documents from new counsel unless and until substituted counsel agrees also to
14 be bound by this order.

DATE: November 16, 2012      /s/ Lee S. Bickley for
    DAVID M. PORTER
    Attorney for Gregory J. Chmielewski

DATE: November 16, 2012      BENJAMIN B. WAGNER
    United States Attorney

By:      /s/ Lee S. Bickley
    LEE S. BICKLEY
    Assistant U.S. Attorney

**IT IS SO ORDERED**:

Dated:  November 26, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Chmielewski0084.protect.ord.doc

Stipulation and Proposed Protective Order     2