DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY CHMIELEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GREGORY CHMIELEWSKI,<br><br>            Defendants. | No. CR-S-11-00084 GEB<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:  February 1, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from November 30, 2012, to February 1, 2013 at 9:00 a.m. They stipulate that the time between November 30, 2012 and February 1, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv)and Local Code T-4. Defense counsel needs additional time to investigate the facts of the case and to negotiate a resolution to this matter. Specifically, defense counsel needs additional time to review and examine

the voluminous discovery. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv)and Local Code T-4.

Dated: November 29, 2012

        Respectfully submitted,

        DANIEL BRODERICK
        Federal Defender

        /s/ David Porter
        DAVID PORTER
        Assistant Federal Defender
        Attorney for Defendant
        GREGORY CHMIELEWSKI

Dated: November 29, 2012

        BENJAMIN B. WAGNER
        United States Attorney

        /s/ Lee Bickley
        LEE BICKLEY
        Assistant United States Attorney
        Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 30, 2012, be continued to February 1, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the February 1, 2013, status conference shall be excluded from computation of time within which the trial of this matter

2

1  must be commenced under the Speedy Trial Act pursuant to 18 U.S.C
2  §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated:  November 29, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3