**FILED**
February 19, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )    Case No. 2:11-CR-00084-GEB
           Plaintiff,             )
v.                                )    ORDER FOR RELEASE OF
                                  )    PERSON IN CUSTODY
GREGORY J. CHMIELEWSKI,           )
                                  )
           Defendant.             )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GREGORY J. CHMIELEWSKI, Case No. 2:11-CR-00084-GEB, Charge Title 18 USC § 1341, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 250,000

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other)   with pretrial supervision and conditions of release as stated on the record in open court. Dft shall be released to the Office of Pretrial Services on 2/20/13 at 9:00 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on February 19, 2013 at 5:15 pm.

By _____
Dale A. Drozd
United States Magistrate Judge