```
JOSEPH SCHLESINGER, Bar #87962
Acting Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY CHMIELEWSKI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>GREGORY CHMIELEWSKI,<br><br>            Defendants. | No. CR-S-11-00084 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 14, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from April 5, 2013, to June 14, 2013 at 9:00 a.m. They stipulate that the time between April 5, 2013 and June 14, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv)and Local Code T-4. Defense counsel needs additional time to investigate the facts of the case and to negotiate a resolution to this matter. Specifically, defense counsel needs additional time to review and examine

the several hundred thousand pages of discovery that the Government has disclosed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: March 28, 2013

                  Respectfully submitted,

                  JOSEPH SCHLESINGER
                  Acting Federal Defender

                  */s/ Douglas Beevers*
                  DOUGLAS BEEVERS
                  Assistant Federal Defender
                  Attorney for Defendant
                  GREGORY CHMIELEWSKI

Dated: March 28, 2013

                  BENJAMIN B. WAGNER
                  United States Attorney

                  */s/ Lee Bickley*
                  LEE BICKLEY
                  Assistant United States Attorney
                  Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 5, 2013, be continued to June 14, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the June

Stip and Order             2

14, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated:  April 3, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip and Order                                3