HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
GREGORY CHMIELEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-00084 GEB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| GREGORY CHMIELEWSKI, | ) DATE: December 12, 2014 <br> ) TIME: 9:00 a.m. <br> ) JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties, LEE BICKLEY, Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant GREGORY CHMIELEWSKI, that the status conference set for October 3, 2014 be vacated, and the matter be set for status conference on December 12, 2014 at 9:00 a.m.

The grounds for this continuance are that Defense has received a large volume of additional evidence which needs to be reviewed, and the defense needs to interview at least five more witnesses. Defense also needs time to obtain and review potentially exculpatory evidence which is protected by attorney-client privilege. The parties stipulate and agree that the time period between the signing of this order through and including December 12, 2014 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate and agree

that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code T-4).

Dated:  October 1, 2014                                         Respectfully submitted,

                                                                HEATHER E. WILLIAMS
                                                                Federal Defender

                                                                */s/Douglas Beevers*
                                                                DOUGLAS BEEVERS
                                                                Assistant Federal Defender
                                                                Attorney for Defendant
                                                                GREGORY CHMIELEWSKI

Dated:  October 1, 2014                                         BENJAMIN B. WAGNER
                                                                United States Attorney

                                                                */s/ Lee Bickley*
                                                                LEE BICKLEY
                                                                Assistant U.S. Attorney
                                                                Attorney for Plaintiff

# **O R D E R**

IT IS SO ORDERED.  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including December 12, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time to prepare] (Local Code T4). A new status conference date is hereby set for December 12, 2014 at 9:00 a.m.

   Dated:  October 1, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge