1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    DOUGLAS BEEVERS, #288639
     Assistant Federal Defender
3    Designated Counsel for Service
     801 "I" Street, 3rd Floor
4    Sacramento, CA 95814

5    Attorney for Defendant
     GREGORY CHMIELEWSKI
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
     UNITED STATES OF AMERICA,          )  Case No. 2:11-CR-00084 GEB
12                                       )
                  Plaintiff,             )  STIPULATION AND [PROPOSED] ORDER
13                                       )  TO CONTINUE STATUS CONFERENCE
          v.                             )
14                                       )  DATE:      February 27, 2015
     GREGORY CHMIELEWSKI,                )  TIME:      9:00 a.m.
15                                       )  JUDGE:     Hon. Garland E. Burrell, Jr.
                  Defendant.             )
16   _____)

17

18        IT IS HEREBY STIPULATED between the parties, LEE BICKLEY, Assistant United

19   States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal

20   Defender, attorney for defendant GREGORY CHMIELEWSKI, that the status conference set for

21   December 12, 2014 be vacated, and the matter be set for status conference on February 27, 2015

22   at 9:00 a.m.

23        The grounds for this continuance are to allow Defense additional time to review

24   discovery, to interview potential witnesses and to continue investigating the facts of the case.

25   The parties stipulate and agree that the time period between the signing of this order through and

26   including February 27, 2015 should be excluded from the calculation of time under the Speedy

27   Trial Act. The parties stipulate and agree that the ends of justice served by granting this

28

                                              -1-

1    continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant

2    to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code T-4).

3

4    Dated:  December 11, 2014                          Respectfully submitted,

5                                                       HEATHER E. WILLIAMS
                                                         Federal Defender
6
                                                         /s/Douglas Beevers
7                                                        DOUGLAS BEEVERS
                                                         Assistant Federal Defender
8                                                        Attorney for Defendant
                                                         GREGORY CHMIELEWSKI
9

10   Dated:  December 11, 2014                          BENJAMIN B. WAGNER
                                                         United States Attorney
11                                                       /s/ Douglas Beevers for Lee Bickley
                                                         LEE BICKLEY
12                                                       Assistant U.S. Attorney
                                                         Attorney for Plaintiff
13

## O R D E R

14

15        IT IS SO ORDERED.  Based on the stipulation of the parties and good cause appearing

16   therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny

17   defense counsel reasonable time necessary for effective preparation, taking into account the

18   exercise of due diligence.  The Court specifically finds that the ends of justice served by the

19   granting of such continuance outweigh the interests of the public and the defendant in a speedy

20   trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby

21   adopts the stipulation of the parties in its entirety as its order.  Time is excluded from

22   computation of time within which the trial of this matter must be commenced beginning from the

23   signing of this order through and including February 27, 2015 pursuant to 18 U.S.C.

24   §3161(h)(7)(A) and(B)(iv) [reasonable time to prepare] (Local Code T4). A new status

25   conference date is hereby set for February 27, 2015 at 9:00 a.m.

         Dated:  December 12, 2014

26

27

28
                                      _____
                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge