HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVER, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
GREGORY J. CHMIELEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:11-cr-084 GEB |
|---|---|
| Plaintiff, | STIPULATION TO PERMIT TRAVEL |
| vs. | |
| GREGORY J. CHMIELEWSKI, | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**It is hereby stipulated** by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Douglas J. Beevers, Assistant Federal Defender, attorney for the Defendant, that Mr. Chmielewski's release conditions be modified to permit his travel from Sacramento, California to his residence in West Bend, Wisconsin, from 4:00 p.m. on Friday, January 15, 2016 to 1:00 a.m. on Sunday, January 17, 2016.  During this time, Mr. Chmielewski will not be monitored by Pretrial Services because his base unit will be removed on January 15, 2016 in Sacramento, California until he arrives at his residence in Wisconsin on January 17, 2016.

Mr. Chmielewski and defense counsel have communicated this request to Mr. Chmielewski's Pretrial Services Officer, Ms. Amaryllis Gonzalez.  Mr. Chmielewski has previously provided all details regarding the trip to PTSO Gonzalez, and is in full compliance with his supervision.

Stipulation to Permit Travel -1-

Mr. Chmielewski is scheduled to be in Court before the Honorable Garland E. Burrell, Jr. on January 15, 2016 at 9:00 a.m.

Respectfully submitted,

Dated:  January 12, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
GREGORY J. CHMIELEWSKI

*/s/Heiko Coppola*
HEIKO COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

**It is so ordered**.  Mr. Chmielewski is given permission to travel as set for above and is allowed to be unmonitored from 4:00 p.m. on Friday, January 15, 2016 through 1:00 a.m. on Sunday, January 17, 2016.

DATED:  January 12, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to Permit Travel                        -2-