HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
GREGORY CHMIELEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:11-cr-00084 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING |
| vs. | ) ) | Date: January 13, 2017 |
| GREGORY CHMIELEWSKI, | ) ) | Time: 9:00 a.m. Judge: Hon. Garland E. Burrell |
| Defendant. | ) ) ) |  |

IT IS HEREBY STIPULATED by and between Phillip Talbert, U.S. Attorney, through Assistant United States Attorney Heiko Coppola, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Gregory Chmielewski, that the restitution hearing, currently scheduled for January 13, 2017, be continued to February 10, 2017 at 9:00 a.m.

Defense counsel requires additional time to pursue investigation of facts related to one restitution claim in this matter. Defense counsel also requires additional time to discuss the matter with Mr. Chmielewski, who is incarcerated at FCI Elkton. Defendant, Gregory Chmielewski, waives his right to a restitution hearing within 90 days of Judgment and Sentencing. Defendant also waives his right to a presence at the restitution hearing,

United States Probation Officer Anthony Andrews has been notified of the continuance and he does not have any objections.

///

| | | |
|---|---|---|
|1| DATED: January 11, 2017 | Respectfully submitted, |
|2| | HEATHER E. WILLIAMS |
|3| | Federal Defender |
|4| | */s/ Douglas Beevers* |
| | | DOUGLAS J. BEEVERS |
|5| | Assistant Federal Defender |
|6| | Attorney for Gregory Chmielewski |
|7| DATED: January 11, 2017 | PHILLIP TALBERT |
| | | United States Attorney |
|8| | |
|9| | */s/ Heiko Coppola* |
| | | HEIKO COPPOLA |
|10| | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

-2-

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the restitution hearing rescheduled for February 10, 2017, at 9:00 a.m. The Court also orders any period of limitation imposed by 18 U.S.C. § 3664 equitably tolled through February 10, 2017.

Dated: January 11, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-3-

Stipulation and Order to
Cont. Restitution Hearing

*U.S. v. Chmielewski*, 11-cr-084-GEB