PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY CHMIELEWSKI,<br><br>Defendant. | CASE NO. 2:11-CR-0084 GEB<br><br>STIPULATION AND [PROPOSED] ORDER RE: RESTITUTION<br><br>DATE: March 3, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

The parties hereby stipulate and agree that the Court should enter an order setting restitution The parties hereby stipulate and agree that the Court should enter an order setting restitution. The parties stipulate that if called as a witness, Roberta Garrett, formerly employed as a claims manager for the defendant Gregory Chmielewski's company (ISS), would testify that she examined restitution claims submitted by following 10 claimants. Ms. Garrett's opinion is that ISS would have paid those claims had there been sufficient reserve funds.

1. Victim 1: $250
2. Victim 2: $2500
3. Victim 3: $19,704.57
4. Victim 4: $130,000
5. Victim 5: $172,380
6. Victim 6: $1380

STIPULATION AND [PROPOSED] ORDER          1

7. Victim 7: $250,000

8. Victim 8: $60,000

9. Victim 9: $5000

10. Victim10: $20,455

11. Victim 11: $7896.79

12. Victim 12: $15,000

The total amount of restitution is $684,566.36.  The defendant, Gregory Chmielewski, is solely responsible for payment of the amount of restitution.  The United States will provide the names of victims and the amounts they are owed to the Courtroom Deputy.

The hearing scheduled for March 3, 2017, is vacated.

Dated:  March 2, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated:  March 2, 2017

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
GREGORY CHMIELEWSKI

### ORDER

This Court, having read and considered the stipulation of the parties, hereby orders the defendant, Gregory Chmielewski, to pay restitution in the amount of $684,566.36 in the above-entitled case number.  The United States shall provide the Courtroom Deputy Clerk with the names of the victims and the amount of restitution each victim is owed.

Dated:  March 2, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER            3